IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CROMWELL ARCHITECTS ENGINEERS, INC.**                                                                 **PLAINTIFF**

v.                                    Case No. 4:21-cv-00829-KGB

**UNITED STATES OF AMERICA**                                                                                **DEFENDANT**

## ORDER

Before the Court is the status of this case. On January 12, 2024, the parties filed a status report stating that they are working collaboratively to resolve some of the issues in this case and determine a viable path toward resolution (Dkt. No. 48, ¶ 3). The parties also noted that substantial additional documents were recently produced (*Id.*, ¶ 4). The parties jointly requested an extension until April 11, 2024, to attempt to reach a resolution (*Id.*, ¶ 5).

Given the parties' representations, the Court grants the parties' joint request for an extension and directs the parties to file a status report on or before April 11, 2024, advising the Court of the status of the potential resolution (*Id.*). The Court will reset the pretrial deadlines and trial date in this case, if necessary, after receiving the parties' status update due by April 11, 2024.

It is so ordered this 17th day of January, 2024.

Kristine G. Baker
Chief United States District Judge