**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**CROMWELL ARCHITECTS**                                                              **PLAINTIFF**
**ENGINEERS, INC.**

**v.**                                   **Case No. 4:21-cv-00829-KGB**

**UNITED STATES OF AMERICA**                                                     **DEFENDANT**

## ORDER

Before the Court is the motion by the United States to withdraw the appearance of James

F. Bresnahan II as counsel for the United States (Dkt. No. 49).  Mr. Bresnahan will soon end his

employment with the Department of Justice, Tax Division (*Id.*).  The United States will continue

to be represented by Priyanka Cohen (*Id.*).  For good cause shown, the Court grants the motion

and instructs the Clerk of Court to remove Mr. Bresnahan as counsel of record for the United

States.

It is so ordered this 17th day of January, 2024.

_____
Kristine G. Baker
Chief United States District Judge